# Fourteenth Court of Appeals
## HOUSTON, TEXAS 77002

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

CASE NO.: 14-12-00838-CV                    DATE CASE FILED: September 11, 2012

STYLE: IN RE TRACY PEOPLES FILES

TRIAL COURT NO.: 2008-58054

DESCRIPTION/SUBJECT OF CASE: Mandamus

PANEL:   CWS          **JVB** (Author)          JBB          PER CURIAM    ✔

OPINION ISSUED: 9/13/12                    OPINION DECISION: Denied

RECOMMEND:  DESTROY  ✔   HISTORICAL   NO

COMMENTS:

SIGNED:   /s/Nina Indelicato, Attorney                    DATE:  September 13, 2012

—————————————————**FOR CLERKS USE ONLY**———————————————
————————

MANDATE ISSUED:

LETTER TO STATE ARCHIVES (date):

COMMENTS:

—————————————————**FOR CLERKS USE ONLY**———————————————
————————

(Dispose of 10 years after final disposition)

DATE DESTROYED:

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: